# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CELL FILM HOLDINGS, INC.,

    Plaintiff,

vs.

DOE 1, et al.,

    Defendants.

NO. C16-1091RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The above entitled case was filed on July 15, 2016. The plaintiff filed a Notice of Voluntary Dismissal as to party Phillip Neel on June 22, 2017. No documents have been filed since June 22, 2017.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than May 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, May 4, 2018.

DATED this 19th day of April, 2018.

    /s/ Robert S. Lasnik
    Robert S. Lasnik
    United States District Judge

ORDER TO SHOW CAUSE